## Angelo et al. v. Angelo et al.

1. *Jurisdiction—Freehold Involved.*—The question as to whether a tax deed is invalid because of defects in the proceedings upon which it is based, involves a freehold.

Memorandum.—Appeal from a decree entered by the Circuit Court of Morgan County.    The Hon. CYRUS EPLER, Circuit Judge, presiding. Heard in this court on motion to dismiss the appeal, at the November Term, A. D. 1892, and appeal dismissed, a freehold being involved. Opinion filed December 2, 1892.

The opinion of the court states the case.

T. G. TAYLOR, attorney for appellants.

MORRISON & WHITLOCK, attorneys for appellees.

OPINION BY THE COURT.

This was a bill in chancery under which, by appropriate pleading, the material and substantial questions raised and presented to the Circuit Court were, as to the validity of a tax deed held by Mary Stewart, one of the appellants, for certain tracts of land involved in the proceeding.    The decree of the Circuit Court was that the tax deed was invalid because of defects in the proceeding upon which it was based. This appeal seeks to have the decree of the court as to the validity of such tax deed reviewed.    We are of opinion that a freehold is involved and for that reason we have not jurisdiction.    Gage v. Scales, 100 Ill. 218; Gage v. Bailey, 102 Ill. 11; Brown v. McCord, 9 Ill. App. 550.    The appeal is therefore dismissed with leave to the parties to withdraw record, abstracts and briefs.